UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SANDRA MALANCHE,

            Plaintiff(s),

CASE NO. CV 07-00243 (CW)

STIPULATION AND
ORDER SELECTING ADR PROCESS

      v.

ALAMEDA COUNTY MEDICAL
CENTER, et al.,

            Defendants(s)
_____/

       Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process;

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
✓     Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        Mediation (ADR L.R. 6)

(*Note: Parties who believe than an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR (*please identify process and provider*)_____

The parties agree to hold the ADR session by:
✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline_____

Dated: March 30, 2007                  /s/ Andrew Wolff                 .
                                        Attorney for Plaintiff

Dated: March 30, 2007                  /s/ Martin J. Everson              .
                                        Attorney for Defendant
                                        ALAMEDA COUNTY MEDICAL
                                        CENTER

Dated: March 30, 2007                  /s/ Andrea S. Carlise              .
                                        Attorney for Defendant
                                        COUNTY OF ALAMEDA

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- X Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- X 90 days from the date of this order.
- ☐ Other

IT IS SO ORDERED.

Dated: 4/9/07

_____
UNITED STATES DISTRICT JUDGE