MARTIN J. EVERSON, ESQ. (State Bar No. 76350)
MARC G. COWDEN, ESQ. (State Bar No. 169391)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA  94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: mcowden@glattys.com

Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MALANCHE, | Case No.  C07-00243 CW |
| Plaintiff, | Hon. Claudia Wilken |
| vs. | **STIPULATION OF DISMISSAL OF DEFENDANT ALAMEDA COUNTY MEDICAL CENTER; ORDER OF DISMISSAL** |
| ALAMEDA COUNTY MEDICAL CENTER, ALAMEDA COUNTY and DOES 1 to 20, | |
| Defendants. | **Date Complaint Filed:** October 19, 2006<br>**Trial:**  none |

## STIPULATION OF DISMISSAL OF DEFENDANT ALAMEDA COUNTY MEDICAL CENTER

IT IS HEREBY STIPULATED by and between counsel for defendant ALAMEDA COUNTY MEDICAL CENTER and counsel for plaintiff SANDRA MALANCHE that the above-captioned action shall be dismissed in its entirety with prejudice against defendant ALAMEDA COUNTY MEDICAL CENTER, each party to bear their own costs of suit.

Dated: _May 4_, 2007

GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: _____
MARC G. COWDEN, ESQ.
Attorneys for Defendant
ALAMEDA COUNTY MEDICAL CENTER

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

1

C07-00243 CW:  STIPULATION OF DISMISSAL OF DEFENDANT ALAMEDA COUNTY MEDICAL CENTER; ORDER OF DISMISSAL

200-7937/MGC/322897.doc

Dated: __5-14-07__, 2007

By: _____
ANDREW WOLFF, ESQ.
Attorney for Plaintiff
SANDRA MALANCHE

## ORDER

IT IS ORDERED AND ADJUDGED that the above-captioned action is dismissed in its entirety with prejudice against defendant ALAMEDA COUNTY MEDICAL CENTER, each party to bear their own costs of suit.

IT IS SO ORDERED.

5/21/07
Dated: _____

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

2

C07-00243 CW: STIPULATION OF DISMISSAL OF DEFENDANT ALAMEDA COUNTY MEDICAL CENTER; ORDER OF DISMISSAL

200-7937/MGC/322897.doc