1  Steven C. Wolan (State Bar No. 56237)
   Andrea S. Carlise (State Bar No. 151648)
2  PATTON♦WOLAN♦CARLISE, LLP
   1814 Franklin Street, Suite 501
3  Oakland, CA 94612
   Telephone: (510) 987-7500
4  Facsimile:  (510) 987-7575

5  Attorneys for Defendant COUNTY OF ALAMEDA

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SANDRA MALANCHE,                          Case No.: 07-cv-00243 (CW)

12         Plaintiff,                        STIPULATION OF DISMISSAL
                                             PER FRCP 41(a)(1).
13     vs.

14 ALAMEDA COUNTY MEDICAL CENTER,
   ALAMEDA COUNTY, and DOES 1 to 20,
15
           Defendants.
16

17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

1  IT IS HEREBY STIPULATED, by and between the parties to this action through their
2  designated counsel, that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

4

5  Dated: May \_\_\_\_, 2007            LAW OFFICES OF ANDREW WOLFF

6

7                                      By: _____
8                                          ANDREW WOLFF
                                            Attorneys for Plaintiff SANDRA
                                            MALANCHE
9

10 Dated: May \_\_\_\_, 2007            GALLOWAY, LUCCHESE & EVERSON

11

12                                     By: _____
                                            MARTIN J. EVERSON
13                                          Attorneys for Defendant
                                            ALAMEDA COUNTY MEDICAL CENTER
14

15

16 Dated: May \_\_9\_\_, 2007          PATTON•WOLAN•CARLISE, LLP

17

18                                     By: _____
                                            ANDREA S. CARLISE
19                                          Attorneys for DEFENDANT
                                            COUNTY OF ALAMEDA
20

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Claudia Wilken]

Stipulation of Dismissal (Case No. CV07-00243 CW) - 2